IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| JOHN E. LONGENDORFER, | : | CIVIL ACTION | |
| v. | : | | |
| KENNETH R. CAMERON, et al., | : | NO. 16-802 | |

FILED

MAY 19 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this /9 7H day of MAY, 2017, upon consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED** as moot;

3. A Certificate of Appealability shall not issue in that no reasonable jurist could conclude that the Court is incorrect in denying the petition as moot.

BY THE COURT:

_____
Gerald A. McHugh, J.

ENTERED

MAY 2 2 2017

CLERK OF COURT